### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUBEN BELLO,<br><br>    Plaintiff,<br><br>vs.<br><br>DHL EXPRESS (USA), INC.,<br>A Florida Company,<br><br>    Defendant. | Case No.: 22-cv-23005-DPG |

### DHL'S NOTICE OF SERVING EXPERT DISCLOSURE

Defendant, DHL Express (USA), Inc., pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Scheduling Order Setting Civil Trial Date and Pretrial Schedule, Requiring Mediation, and Referring Certain Motions to Magistrate Judge [D.E. 10], hereby provides notice that it has retained the following expert:

1. Allen Singer, MD
   Specialty: Psychiatry
   7800 Red Road, Ste. 200
   Miami, FL 33143

Contemporaneously with filing this Notice, undersigned has served Plaintiff's counsel with all documents and information required by Rule 26(a)(2), including Dr. Singer's report containing a full discussion of his Rule 35 examination of Plaintiff and his opinions in this action, all documents Dr. Singer reviewed in arriving at his opinions, Dr. Singer's CV, and his testimony list. If requested, undersigned will make Dr. Singer available for deposition during the expert discovery period.

Dated: April 7, 2023

Respectfully submitted,

CLARKE SILVERGLATE, P.A.
5301 Blue Lagoon Drive, Suite 900
Miami, FL 33126
Telephone: (305) 377-0700
Facsimile:  (305) 377-3001

By: /s/ *Craig Salner*
    Craig Salner
    Florida Bar No. 669695
    csalner@cspalaw.com
    smunguia@cspalaw.com
    socd@cspalaw.com
    Maria J. Londono, Esq.
    Florida Bar No. 1011034
    mlondono@cspalaw.com
    jsantana@cspalaw.com

    *Counsel for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed on April 7, 2023, with the Clerk of Court using the CM/ECF system, which will send e-filing notices to all counsel of record listed below:

Henry Hernandez, Esq.
Florida Bar No. 542601
henry@hhlawflorida.com
GARCIA HERNANDEZ, P.A.
2655 S. LeJeune Road, Suite 802
Coral Gables, Florida 33134
T: (305) 771-3374
*Counsel for Plaintiff*

Monica Espino, Esq.
Florida Bar No. 834491
me@espino-law.com
Espino Law, PL
2250 SW 3rd Ave, Ste. 400
Miami, FL 33129
T: (305) 704-3172
*Co-Counsel for Plaintiff*

                                                         CLARKE SILVERGLATE, P.A.

                                                         By: /s/ *Craig Salner*
                                                                Craig Salner