IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUBEN BELLO, <br><br> Plaintiff, <br><br> vs. <br><br> DHL EXPRESS (USA), INC., <br> A Florida Company,[1] <br><br> Defendant. | Case No.: 22-cv-23005-DPG |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Ruben Bello ("Bello") and Defendant DHL Express (USA), Inc. ("DHL") (collectively, the "Parties"), hereby give notice to the Court that the parties have reached a resolution in principle. The parties are working on a formal settlement agreement and will file dismissal paperwork as soon as possible.

Garcia Hernandez, P.A.
2655 S Le Jeune Road, Suite 802
Coral Gables, Florida 33134
Telephone: (305) 771-3374

By: /s/ *Henry Hernandez*
    Henry Hernandez, Esq.
    Florida Bar No. 542601
    henry@hhlawflorida.com
    legal@hhlawflorida.com

*Co-Counsel for Plaintiff*


Espino Law, P.L.
2250 SW 3rd Ave., Floor 4
Miami, Florida 33129
T: 305-704-3172

CLARKE SILVERGLATE, P.A.
5301 Blue Lagoon Drive, Suite 900
Miami, FL 33126
Telephone: (305) 377-0700
Facsimile:  (305) 377-3001

By: /s/ *Craig Salner*
    Craig Salner, Esq.
    Florida Bar No. 669695
    csalner@cspalaw.com
    smunguia@cspalaw.com
    socd@cspalaw.com
    Stephanie Simm, Esq.
    Florida Bar No. 15486
    ssimm@cspalaw.com
    rzamora@cspalaw.com

*Counsel for Defendant DHL Express (USA), Inc.*

---

[1] DHL erroneously is classified as a "Florida Company." DHL is an Ohio corporation.

Case No.: 22-cv-23005-DPG

By: /s/ *Monica Espino*
　　Monica Espino, Esq.
　　Florida Bar No. 834491
　　me@espino-law.com

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct of the foregoing was electronically filed on December 18, 2023, with the Clerk of Court using the CM/ECF system, which will send e-filing notices to all counsel of record:

　　　　　　　　　　　　　　　　CLARKE SILVERGLATE, P.A.

　　　　　　　　　　　　　　　　By: /s/ *Craig Salner*
　　　　　　　　　　　　　　　　　　Craig Salner